UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHEILA LONG,

      Plaintiff,                                        Case No. 1:21-cv-11234

v.                                                      Honorable Thomas L. Ludington
                                                          United States District Judge

P.A.L. INVESTMENT GROUP, INC.,
d/b/a ACCLAIMED HOME CARE              Honorable Patricia T. Morris
                                                          United States Magistrate Judge

      Defendant.

---

## STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties, by their counsel, having stipulated to the Order set forth below. This Court being otherwise duly advised in the premises:

It is **ORDERED** that the Complaint, ECF No. 1, and all claims that were brought or could have been brought against Defendant by Plaintiff are **DISMISSED WITH PREJUDICE** and without costs or fees assessed against any party.

Dated: November 9, 2021                        s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

I stipulate to the entry of the order set forth above:

| | |
|---|---|
| GAFKAY LAW, PLC | MADDIN, HAUSER, ROTH & HELLER, |
| | |
| By: /s/ Julie A. Gafkay with consent | By: /s/ Steven M. Wolock |
| Julie A. Gafkay (P53680) | Steven M. Wolock (P38497) |
| Attorneys for Plaintiff | Richard M. Mitchell (P45257) |
| 175 South Main Street | Attorneys for Defendant |
| Frankenmuth, MI 48734 | 28400 Northwestern Highway, 2nd Floor |
| (989) 652-9240 | Southfield, MI 48034 |
| jgafkay@gafkaylaw.com | (248) 354-4030 |
| | swolock@maddinhauser.com |
| | rmitchell@maddinhauser.com |

Dated: November 9, 2021